UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JORDAN C. RITZ, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 1-21-CV-203** |
| | § | |
| THE UNITED STATES and | § | |
| MARIO E DAVILA, INDIVIDUALLY, | § | |
| DEFENDANTS | § | |

**ORIGINAL COMPLAINT FOR DAMAGES
UNDER THE FEDERAL TORT CLAIMS ACT**

Jordan C. Ritz, Plaintiff, by and through his attorney, SHAW COWART, LLP, now come before this Court and complains of the United States Government and Mario E. Davila, Individually, as follows:

**I.
JURISDICTION, VENUE, AND CONDITIONS PRECEDENT**

1.      The claims herein are brought against the United States pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, et seq.) and 28 U.S.C. §§1346(b)(1), for money damages as compensation for loss of property and personal injuries that were caused by the negligent and wrongful acts and omissions of Mario E Davila, Individually and an employee of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Texas.

2.      Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1391(b)(2) and 28 U.S.C. § 1391(e)(1) because all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Western District of Texas, and arose from a vehicle crash caused by the United States Government and Mario E Davila, it's agent, on August 14, 2020.

3.      Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal

Tort Claims Act.

4.      More specifically, this suit has been timely filed, in that Plaintiff timely served

notice of their claims on The Department of the Air Force on October 20, 2020. The U.S.

Department of Justice assumed responsibility for processing the claim and on November 18, 2020,

the claim was denied.

## II.
## PARTIES

5.      Plaintiff resides at 455 Donaldson, San Antonio, Bexar County, Texas, and thus is

resident of the Western District of Texas.

6.      At all relevant times, the Defendants, the United States of America, acted through

its agency, the United States Air Force and its employee Mario Davila.

## III.
## EVENTS FORMING THE BASIS OF THE CLAIMS

7.      Jordan C. Ritz was travelling northbound on NW Loop 410 in the outside lane of

traffic. While in motion, an unknown SUV slowed down to a stop directly in front of Mr. Ritz. In

order to avoid a collision with this SUV, Mr. Ritz also slowed to a stop. Upon stopping, Mr. Ritz

was struck from behind by Mario E. Davila, the operator of a motor vehicle owned by Defendant.

The investigating officer attributed the crash to Mr. Davila's inattention by leaving improper

braking distance between Mr. Ritz and Mr. Davila's vehicles.

## IV.
## NEGLIGENCE

8.      The claims of Mr. Ritz are based upon the acts and events set forth below, all of

which actions were taken (and events were caused) by an agent of the United States Government

while acting within the scope of their employment.

9.    The conduct and actions giving rise to these claims and Plaintiff's resulting injuries and damages were proximately caused by Mr. Davila operating the bus in a negligent manner.  He violated the duty that he owed to Plaintiff to exercise ordinary care in the operation of the motor vehicle in one or more of the following manners, without limitation:

a.    In failing to maintain such a lookout as a person of ordinary prudence would have maintained under the same or similar circumstances;

b.    In failing to maintain such a lookout as a person of ordinary prudence would have maintained under the same or similar circumstances;

c.    In committing various other acts and/or omissions of negligence, both statutory and common law, to be specified in detail at the time of trial.

10.    All of the above acts, wrongs and/or omissions as well as various other acts, wrongs and/or omissions, whether taken together or separately, on the part of the Mr. Davila amounted to negligence and were the direct and proximate cause of the resulting damages and injuries suffered by the Plaintiff herein.

**V.**
**DAMAGES**

11.    Plaintiff has suffered the following injuries for which he seeks full compensation under the law:

a.    Past and future medical bills;

b.    Past and future physical pain and mental anguish;

c.    Past and future physical impairment;

d.    Past and future physical disfigurement;

e.    Past and future loss of wages and wage earning capacity; and

f.    Past and future pain and suffering and mental anguish

# VI.
## <u>PRAYER FOR RELIEF</u>

WHEREFORE, the Plaintiff is entitled to damages from the United States, and does hereby pray that judgment be entered in his favor and against the United States government as follows:

1.     For general and special damages of $250,000.00 according to proof;

2.     For personal property damages of $6,155.38, according to proof;

3.     For pre-judgment and post-judgment interest as allowed by law;

4.     For costs of suit incurred herein; and

5.     For such other and further relief as this court may deem just and proper.

Dated: March 3, 2021                          Respectfully submitted,


   */s/ John Cowart*
John Cowart | Shaw Cowart, LLP
Texas Bar No. 04919500
Ethan L. Shaw
Texas Bar No. 18140480
1609 Shoal Creek Blvd., Suite 100
Austin, TX 78701
Office: 512-499-8900
Fax: 512-320-8906
jcowart@shawcowart.com

*Attorneys for Plaintiff*